No. 87–1387. WARDS COVE PACKING CO., INC., ET AL. v. ATONIO ET AL. C. A. 9th Cir. Certiorari granted limited to

Questions 1, 2, and 3 presented by the petition.